FILED
August 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002842875

CARLOS R. GUTIERREZ  SBN 117606
BERNHEIM, GUTIERREZ & McCREADY
255 North Lincoln Street
Dixon, CA 95620
Ph.: (707) 678-4447
Fax: (707) 678-0744
e-mail: law@bernheimlaw.net

Attorneys for Debtors
JAVIER PIMENTAL,
and MARIA EUGENIA PIMENTAL.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>JAVIER PIMENTAL,<br> and MARIA EUGENIA PIMENTAL,<br>Debtors,<br><br>JAVIER PIMENTAL. and MARIA EUGENIA PIMENTAL,<br>Movants<br>v.<br><br>Geoffrey Richards, Chapter 7 Trustee,<br>Respondent | Case No.: 2010-39025<br>D.C. No.  CRG-1<br><br>MOTION BY DEBTOR TO REQUIRE TRUSTEE TO ABANDON PROPERTY<br>[11 USC§ 554(b); l.r. 6007]<br><br>Date:  September 7, 2010<br>Time: 9:00 a.m.<br>Dept: A- Courtroom No. 28, 7th Floor<br>Judge: Hon. Michael S. McManus |

MOTION BY DEBTOR TO REQUIRE TRUSTEE TO ABANDON PROPERTY

TO THE HONORABLE MICHAEL S. McMANUS, U.S. BANKRUPTCY JUDGE:

**I. MOTION**

The debtors, JOSE PIMENTAL, and MARIA EUGENIA PIMENTAL,  request that the court direct the Chapter 7 trustee of this case, Geoffrey Richards, to abandon the exempt business assets of the estate that are burdensome to the estate and will produce no benefit to the creditors

Motion by debtor to require trustee to abandon property - 1

or parties in interest. Not doing so will impair the debtors' ability to satisfy any debts surviving a Chapter 7 discharge. The specific assets we ask be abandoned by the trustee are:

1. The "J&M Trucking" with up to a gross monthly revenue of approximately $8078.00.
2. "J&M Trucking" 94 Volvo Truck and 2 gravel trailers combined valued exempted at $5750.00
3. Up to $7,898.11 in monthly insurance, license, cell phone, truck parts, truck repairs, tire payments and diesel payments; liabilities that the Chapter 7 trustee does not elect to assume.

## II.  STATEMENT OF FACTS

1. The debtors, JAVIER PIMENTAL, and MARIA EUGENIA PIMENTAL, commenced this case on July 20, 2010 by filing a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. Listed in their Statement of Financial Affairs Section 1 of their Voluntary Petition filed, debtor JAVIER PIMENTAL claimed income from self-employment from a business called "J&M Trucking".

3. The debtors would like to continue to conduct business as "J&M Trucking" during the Chapter 7 process, and in fact need this income to maintain their minimum bills for survival. The J&M Trucking hauls gravel for one company only.

4. The "J&M Trucking" business operates out of debtors' home at 1028 POWERS CIRCLE, WOODLAND, CA 95776.

5. The debtor is the sole driver of the business. The business has no employees.

6. The business has no property other than that which has been claimed and exempted in the Voluntary Petition. (ie: truck and trailers.)

7. On July 20, 2010 Mr. Geoffrey Richards was assigned as the Chapter 7 Trustee for this case.

Motion by debtor to require trustee to abandon property - 2

8. Debtors' counsel and Mr. Richards have communicated about the business property and of the need to file this motion.

### III.  MEMORANDUM OF POINTS AND AUTHORITIES

Section 554(a) of the US Bankruptcy Code provides that, on request of a party in interest and after notice of hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

In the matter before you, withholding exempt business assets, listed above, from the debtor and assuming control of the business is a burden to the Chapter 7 estate, producing no discernable benefit to the creditors.  Therefore, we submit that you are warranted in authorizing the trustee to abandon these assets back to the debtor.

WHEREFORE, the Debtors request, pursuant to section 554(b) of the Bankruptcy Code, that this Court enter an Order providing that the Trustee shall abandon said business and allow the Debtors to continue to conduct business as usual during the process of the Chapter 7 Bankruptcy proceedings.

The Debtors pray that the Trustee be directed to abandon the exempt business property to the debtor, as identified in this motion, and

For such other relief as the court deems proper.


Dated: 08/10/10            By:  /s/ Carlos R. Gutierrez_____
                                Carlos R. Gutierrez, Attorney for Debtors

Motion by debtor to require trustee to abandon property - 3